513 A.2d 1379

**Kenneth SAXTON, Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Aug. 18, 1986.

Petition for Allowance of Appeal GRANTED, No. 97 E.D. Appeal Docket 1985.